JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MELVIN SIMMONS JR., | ) | NO. CV 22-7376-TJH(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| KATHLEEN ALLISON, ETC., ET AL., | ) | |
| Respondents. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: OCTOBER 17, 2022.

*Terry J. Hatter, Jr.*
TERRY J. HATTER, JR
UNITED STATES DISTRICT JUDGE